**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6867**

DARRELL L. GOSS,

        Plaintiff - Appellant,

    v.

SCOTT S. HARRIS, U.S. Supreme Court Clerk,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Bruce H. Hendricks, District Judge.  (2:21-cv-00218-BHH)

Submitted:  September 14, 2021          Decided:  September 20, 2021

Before THACKER and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Darrell L. Goss, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell L. Goss appeals the district court's order adopting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Goss v. Harris*, No. 2:21-cv-00218-BHH (D.S.C. May 5, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*